HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> RAINIER PETROLEUM CORPORATION,  ) <br>  ) <br> Defendant.  ) <br> _____  ) | No. 2:14-cv-00831-RSM <br><br> [PROPOSED] ORDER RETAINING JURISDICTION |

This matter comes before the Court on Plaintiff Puget Soundkeeper Alliance's ("Soundkeeper's") unopposed motion for an order retaining jurisdiction to enforce the parties' settlement agreement, and the parties' joint motion to dismiss the case.

On October 5, 2015, the Court granted in part Soundkeeper's motion for partial summary judgment on Defendant Rainier Petroleum Corporation's liability for violating the Clean Water Act ("CWA") by violating certain terms and conditions of its National Pollutant Discharge Elimination System ("NPDES") permit authorizing discharges of industrial stormwater from its facility on Colorado and Spokane Street in Seattle, Washington. On October 28, 2015 the parties

ORDER RETAINING JURISDICTION - 1
No. 2:14-cv-00831RSM

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883

informed the Court that they settled the remaining issues.  The parties' written settlement agreement is filed in the Court's docket, and was reviewed by the Department of Justice. Dkt.#___; Dkt.#__.

The Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through August 1, 2017, during which time this case may be reopened without filing fee so that the parties may apply to the Court for any further order that may be necessary to enforce compliance with the settlement agreement.

Except as provided above, this case is DISMISSED with prejudice.

SO ORDERED this _____ day of _____, 2016.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
SMITH & LOWNEY, PLLC

By: */s/ Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorney for Plaintiff
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883; Fax: (206) 860-4187
E-mail: knoll@igc.org, clairet@igc.org

ORDER RETAINING JURISDICTION - 2
No. 2:14-cv-00831RSM

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883