HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, )
                                    )
               Plaintiff,      )
v.                                )
                                     )
RAINIER PETROLEUM CORPORATION, )
                                     )
              Defendant.    )
_____ )

No. 2:14-cv-00831-RSM

ORDER OF DISMISSAL AND
RETAINING JURISDICTION

      This matter comes before the Court on Plaintiff Puget Soundkeeper Alliance's ("Soundkeeper's") unopposed Motion for an order retaining jurisdiction to enforce the parties' settlement agreement, Dkt. #43, and the parties' Joint Motion to Dismiss the case, Dkt. #45.

      On October 5, 2015, the Court granted in part Soundkeeper's Motion for Partial Summary Judgment on Defendant Rainier Petroleum Corporation's liability for violating the Clean Water Act ("CWA") by violating certain terms and conditions of its National Pollutant Discharge Elimination System ("NPDES") permit authorizing discharges of industrial stormwater from its facility on Colorado and Spokane Street in Seattle, Washington. On October 28, 2015, the parties informed the Court that they settled the remaining issues. The parties'

written settlement agreement is filed in the Court's docket, and was reviewed by the Department of Justice. *See* Dkt. ##44; 46.

The Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through August 1, 2017, during which time this case may be reopened without filing fee so that the parties may apply to the Court for any further order that may be necessary to enforce compliance with the settlement agreement.

Having reviewed the relevant pleadings, the declarations and exhibits attached thereto, and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Soundkeeper's unopposed Motion for an order retaining jurisdiction to enforce the parties' settlement agreement, Dkt. #43, and the parties' Joint Motion to Dismiss, Dkt. #45, are GRANTED.  Except as provided above, this case is DISMISSED with prejudice.

Dated this 24 day of February 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RETAINING JURISDICTION - 2
No. 2:14-cv-00831RSM